NCOFunds
(Rev. 09/2021)

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: May 23, 2023**



Beth A. Buchanan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| *In re:* | : | |
| TIM M COLBY | : | Case No. 14-11138 |
| | : | Chapter 7 |
| | : | Judge Beth A. Buchanan |
| *Debtor(s).* | : | |

### ORDER DENYING APPLICATION
### FOR PAYMENT OF UNCLAIMED FUNDS (DOC. NO. 107)

The above-referenced Application for Payment of Unclaimed Funds (hereinafter, the "Application") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒ The certificate of service reflects that the Debtor was served at an address other than the address reflected on the Court's records. If the Debtor has not updated her address with the Court, the Application should be

served at the address of record with the Court and the Debtor's new address. Because of the discrepancies in addresses, the court is unable to determine if service of the motion is proper.

| ☒ | The TIN Number in Part 3 must match the name given in Part 1, Line 1 of the Request for Vendor Information and TIN Certification (AO 213). The TIN in Part 3 must belong to the name in Part 1. |

The Application is therefore **DENIED** without prejudice.

**SO ORDERED.**

**NOTE:** A form Application for Payment of Unclaimed Funds that complies with our Local Bankruptcy Rules is available on the Court's website at **https://www.ohsb.uscourts.gov/unclaimed-funds.** While the use of this form application is not required, parties requesting the release of unclaimed funds are strongly encouraged to use the form to ensure Local Rule compliance.

Copies To:
Default List

R.E.I. Elite as assignee to Tim Colby
3935 Irwin Simpson Rd
Mason, OH 45040